UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,

       -against-

Aaron Antonion Aquino,                                        15 Cr. 00582-cs
               Defendant.

-------------------------------------------------------x

Seibel, J.

## ORDER ACCEPTING PLEA ALLOCUTION

      The Court has reviewed the transcript of the plea allocution in the above entitled case, the

charging papers, and all other pertinent parts of the record.  The Report and Recommendation of

the Honorable Lisa M. Smith , United States Magistrate Judge, dated 11/12/2015, is approved

and accepted.

      The Clerk of the Court is directed to enter the plea.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-15-2015

                         SO ORDERED.

Dated: White Plains, New York
       November 13, 2015

                             _____
                                 Cathy Seibel
                       United States District Judge