UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

       -against-

Aaron Antonion Aquino,                      15 Cr. 00582-cs

            Defendant.

------------------------------------------------------------x

Seibel, J.

## ORDER ACCEPTING PLEA ALLOCUTION

The Court has reviewed the transcript of the plea allocution in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Lisa M. Smith, United States Magistrate Judge, dated 11/12/2015, is approved and accepted.

The Clerk of the Court is directed to enter the plea.

                                                    SO ORDERED.

Dated: White Plains, New York
       November 13, 2015

                                            _____
                                                 Cathy Seibel
                                                 United States District Judge

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: _____ / DATE FILED: 11-15-2015]